

### UNITED STATES DISTRICT COURT

### EAST DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA HAMSHER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| CAROLINE HADDAD AND | * | SECTION  04-1331 |
| METLIFE AUTO & HOME | * | |
| INSURANCE COMPANY | * | MAGISTRATE  SECT. F MAG. 3 |
| ****************************** | | |

#### NOTICE OF REMOVAL
#### 28 U.S.C. 1332 AND U.S.C. 1446

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

**I.**

Defendant, Economy Premier Assurance Company, through undersigned counsel, gives notice to the Clerk of Court, Civil District Court for the Parish of Orleans, State of Louisiana, and to all adverse parties, that is:

Plaintiff, Donna Hamsher, through her attorney of record, Rodney Kelp Littlefield, Esq., Regan & Associates, P.L.C., 2125 St. Charles Avenue, New Orleans, Louisiana 70130, that pursuant to 28 U.S.C. 1332 and U.S.C. 1446, it has filed this Notice and removed the action described hereinbelow to the United States District Court for the Eastern District of Louisiana, to wit:

1

**Donna Hamsher versus Caroline Haddad and Economy Premier Assurance Company, Docket No. 2004-2590, Division "D", on the docket of Civil District Court for the Parish of Orleans,**

and that it has done so on the date set forth in the Certificate which follows.

## II.

The grounds for removal are these:

(1)  The amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs; and

(2)  The matter in controversy is between citizens of different states because:

   (A)  Plaintiff, Donna Hamsher, is a person of the full age of majority and a resident of Orleans Parish, Louisiana;

   (B)  Defendant, Caroline Haddad, is a resident of Atlanta in the State of Georgia;

   (C)  Defendant, Economy Premier Assurance Company, is a corporation organized under the laws of some state other than Louisiana.

## III.

Upon information and belief, defendant Caroline Haddad, has received notice of the lawsuit in question, but has not been served. Defendant Economy Premier Assurance Company, was first served with the suit papers setting forth a claim for relief upon which this action is based on April 12, 2004, through the Louisiana Secretary of State and within thirty (30) days of filing this Notice.

IV.

This action was commenced on February 19, 2004, and removal has been effected within one (1) year after its commencement of the action in State Court.

V.

Copies of all process, pleadings, and orders served upon defendant, Economy Premier Assurance Company, are attached to this Notice and have been filed with it. This Notice is being promptly given to all adverse parties, a copy being promptly filed with the Clerk of the State Court designated in Paragraph I above, and it has been signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
CELESTE BRUSTOWICZ (#16835)
BURGLASS & TANKERSLEY, L.L.C.
2121 Airline Drive, Suite 203
Metairie, Louisiana 70001
Telephone:   (504) 836-2220
Attorneys for Economy Premier
Assurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this 7th day of May, 2004.

_____

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

DOCKET NO.: 2004-2590   DIV: D-16   SECTION: Sec 16

### DONNA HAMSHER

VS.

### CAROLINE HADDAD AND ECONOMY PREMIER ASSURANCE COMPANY

FILED: _____   _____
DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of Donna Hamsher, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana.

I.

Made defendants herein are:

A. Caroline Haddad, under information and belief, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana;

B. Economy Premier Assurance Company, under information and belief a foreign insurance company, authorized to do and doing business in the Parish of Orleans, State of Louisiana who at all times pertinent hereto issued a policy of insurance covering Caroline Haddad and/or the vehicle driven by Caroline Haddad at the time of the accident

II.

On or about April 3, 2003, Donna Hamsher was driving on Napoleon Avenue northbound at its intersection with Constance Street, and Alice Hamshser was a passenger in the vehicle driven by Donna Hamsher.

III.

Caroline Haddad, traveling on Constance Street at its intersection with Napoleon Avenue, struck the vehicle driven by Donna Hamsher

IV.

Donna Hamsher had the right of way.

## V.

The accident, as well as the injuries which resulted were a direct and proximate result of the negligence of Ms. Haddad which such negligence of said defendant includes, but is not limited to, the following actions:

- a.) Failure to stop;
- b) Failure to yield the right of way;
- c) Careless operation of a motor vehicle;
- d) Failure to do what should have been done and failing to see what should have been seen in order to have avoided the occurrence of the accident made the basis of these proceedings;
- e) Failure to maintain proper control of the vehicle; and,
- f) Any and all other acts of negligence and liability which shall be shown at the time of trial.

## VI.

The plaintiffs suffered the following itemized list of damages as a result of the accident.

- a) Pain and suffering, both physical and mental/emotional: past, present, and future;
- b) Bodily disability;
- c) Loss of use/function of parts of body;
- d) Impairment of psychological functioning;
- e) Loss of enjoyment of life: past, present and future;
- f) Medical expenses: past, present, and future;
- g) Lost wages: past, present, and future;
- h) Disability from working to earn an income;
- i) Destruction of earning capacity; and,
- j) Disability from engaging in recreation.

## VII.

At all times pertinent hereto, defendant, Economy Premier Assurance Company, provided a policy of insurance covering Caroline Haddad and/or the vehicle driven by Caroline Haddad at the time of the accident and as such Caroline Haddad is liable for the damages suffered by the plaintiffs.

## VIII.

The plaintiffs maintain that they are entitled to all such damages as are reasonable in the premises, in accordance with the provisions of the Louisiana Code of Civil Procedure, Article 893.

## IX.

Plaintiffs reserve any and all rights to a trial by jury.

**WHEREFORE**, the plaintiffs pray that after due proceedings there be Judgment herein in favor of the plaintiffs and against defendants jointly, severally and in solido for all such damages as are reasonable in accordance with the provisions of the Louisiana Code of Civil Procedure, Article 893, with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings and that plaintiffs be granted all other legal, general, and equitable relief as the nature of the case permits.

Respectfully submitted,

**REGAN & ASSOCIATES, P.L.C.**

_____
**RODNEY KELP LITTLEFIELD** (23192)
Attorney for the Plaintiffs
2125 St. Charles Avenue
New Orleans, Louisiana 70130
(504) 522-7260

**PLEASE SERVE:**

CAROLINE HADDAD
3400 Lake Desiard Drive
Monroe, Louisiana 71021-2062

ECONOMY PREMIER ASSURANCE COMPANY
Louisiana Secretary of State
8549 United Plaza Blvd
Baton Rouge, Louisiana 70809

A TRUE COPY [stamp: Deputy Clerk, Civil District Court, Parish of Orleans, State of LA]

ATTORNEY'S NAME    Littlefield, Rodney James, Esq.   23192
AND ADDRESS:       2125 St. Charles Ave.
                   New Orleans  LA       70130

**ENTERED**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO  20 04-02590                                    SECTION: 16-D

HAMSHER, DONNA
    vs.
HADDAD, CAROLINE                        ETAL

                                        SERVED ON
                                        HELEN CUMBO
C I T A T I O N
                                        APR 1 3 2004

TO:      ECONOMY PREMIER ASSURANCE COMPANY
THROUGH. THE SECRETARY OF STATE             ADMINISTRATOR
                                            COMMERCIAL DIVISION
         BATON ROUGE  LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other
legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default.

```
****************************************************************
                    ADDITIONAL INFORMATION
  Legal assistance is advisable.  If you want a lawyer and can't find one, you
* may call the New Orleans Lawyer Referral Service at 561-8828.  This Referral
* Service operates in conjunction with the New Orleans Bar Association.  If you
* qualify, you may be entitled to free legal assistance through the New Orleans
* Legal Assistance Corp.; you may call 529-1000 for more information.
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
****************************************************************
```

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of The Civil
District Court for the Parish of Orleans, State of LA  February  26, 2004.

Clerk's Office, Room 402, Civil Courts Building         DALE N. ATKINS, Clerk of
421 Loyola Avenue                                       The Civil District Court
New Orleans, LA                                         for the Parish of Orleans
                                                        State of LA
                                                        by _____
                                                                Deputy Clerk

-----------------------------------------------------------------
                        SHERIFF'S RETURN:
                   (for use of process servers only)

PERSONAL SERVICE                    |  DOMICILIARY SERVICE

On this ___ day of _____          | On this ___ day of _____
        served a copy of the w/i petition |        served a copy of the w/i petition
FOR DAMAGES                         | FOR DAMAGES
On ECONOMY PREMIER ASSURANCE COMPANY | On ECONOMY PREMIER ASSURANCE COMPANY
          in person through         |         through
THE SECRETARY OF STATE              | THE SECRETARY OF STATE
                                    | by leaving same at the dwellinghouse,
                                    | or usual place of abode,
                                    |
                                    | In the hands of _____
                                    | a person of suitable age and discretion
         Returned same day          | residing therein as a member of the dom-
                                    | iciliary establishment, whose name and
                          No. _____ | other facts connected with this service
                                    | I learned by interrogating   HIM / HER
Deputy Sheriff of _____ | the said ECONOMY PREMIER ASSURANCE COMPA
                                    | NY _____ being absent from
Mileage.  $_____          | the domicile at time of said service.
                                    |
                                    |        Returned same day
                                    |                          No. _____
                                    |
                                    | Deputy Sheriff of _____

_____   ENTERED   _____
 PAPER              RETURN
   /         /
SERIAL NO.  DEPUTY   PARISH

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2004-2590                                              DIVISION "D"

DONNA HAMSHER

VERSUS

CAROLINE HADDAD AND ECONOMY PREMIER ASSURANCE COMPANY

**MOTION AND ORDER FOR EXTENSION OF TIME**

**COMES NOW, Economy Premier Assurance Company,** appearing through undersigned counsel, and moves this Honorable Court for an order extending the time within which mover may be permitted to file responsive pleadings to Plaintiff's Petition for Damages for a period of thirty (30) days from the date on which this motion is filed, up to and including May 19, 2004, upon representing to the Court that there has been no previous extension of time within which to plead granted.

**ORDER**

Considering the foregoing,

**IT IS ORDERED THAT, Economy Premier Assurance Company,** defendant herein, be and is hereby granted a thirty (30) day extension of time within which to plead to Plaintiff's Petition for Damages, up to and including, May 19, 2004.

New Orleans, Louisiana, this _____ day of _____, 2004.

_____
JUDGE

Respectfully submitted,

_____
Celeste Brustowicz (#16835)
Kimberly E. Tracey (#27911)
BURGLASS & TANKERSLEY, L.L.C.
2121 Airline Drive, Ste 203
Metairie, LA 70001
Telephone: (504) 836-2220
Attorneys for Economy Premier
Assurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this ____ day of April, 2004.

*[signature]*