FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 DEC 15 PM 2: 49
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA HAMSHER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.: 04-1331** |
| **CAROLINE HADDAD AND ECONOMY PREMIER ASSURANCE COMPANY** | * | **SECTION F** |
| | * | **MAGISTRATE: (3)** |

****************************************************************************

## WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes the plaintiff, Donna Hamsher, who submits the following witness list.

1. Donna Hamsher,

2. Alice Hamsher,

3. Caroline Haddad Brauckman,

4. Officer Robert Canedo,

5. David Forrest,

6. Bonnie Coffey,

7. Ray Guy,

8. A representative of Mud Bugs, Inc.,

9. Dr. John F. Brown and/or a representative of Memorial Medical Center,

10. Dr. Warren Bourgeois and/or a representative of Bourgeois and Russo,

11. Dr. Beverly Howze,

12. Dr. Kerry O'Neill and/or a representative of O'Neill Chiropractic,

13. Dr. Sylvi Beaumont,

14. Mathew Thaller, L.M.T.,

___ Fee_____
___ Process_____
X Dktd____ 7a9
___ CtRmDep____
___ Doc. No____17

15. Thompson Dietz and/or a representative of Open Sided MRI,

16. Noel Prentiss,

17. Rene Ascone,

18. Patrick Ahern,

19. A representative of Bruce's Plumbing,

20. Any and all witnesses listed by any party to this matter, and

21. Any witness necessary to introduce an exhibit listed in this matter.

Respectfully submitted:

**REGAN & ASSOCIATES, P.L.C.**

_____
**RODNEY KELP LITTLEFIELD (23192)
2125 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-7260**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same, postage prepaid and properly addressed, in the United States Mail this 15th day of December, 2004.

_____
RODNEY KELP LITTLEFIELD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| DONNA HAMSHER | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | NO.: 04-1331 |
| CAROLINE HADDAD AND ECONOMY PREMIER ASSURANCE COMPANY | * | SECTION F |
| | * | MAGISTRATE: (3) |

*****************************************************************

## EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Donna Hamsher, who submits the following exhibit list.

1. New Orleans Police Department incident report,

2. Photographs of the vehicle driven by Donna Hamsher,

3. Medical records from Memorial Medical Center,

4. Medical records from Dr. Warren Bourgeois,

5. Medical records from Dr. Beverly Howze,

6. Medical records from Dr. Kerry O'Neill,

7. Medical records from Dr. Sylvi Beaumont,

8. Medical records from Mathew Thaller, L.M.T.,

9. Medical records from Thompson Dietz and Open Sided MRI,

10. Any and all medical records of Donna Hamsher concerning treatment for the subject accident,

11. Receipt for purchase of wheelchair from Lambert's Patient Aids,

12. Employment records from Mud Bugs, Inc.,

13. Receipts for renovations at 2234 Napoleon Avenue, New Orleans, Louisiana,

14. Floor plans for 2234 Napoleon Avenue, New Orleans, Louisiana,

15. Policy of insurance issued by Economy Premier Assurance Company,

16. Any and all pleadings and/or discovery responses,

17. Any and all depositions taken in this matter, and;

18. Any exhibit listed by any party to this matter.

Respectfully submitted:

**REGAN & ASSOCIATES, P.L.C.**

_____
RODNEY KELP LITTLEFIELD (23192)
2125 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-7260

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same, postage prepaid and properly addressed, in the United States Mail this 15th day of December, 2004.

_____
**RODNEY KELP LITTLEFIELD**